DEBORAH B.BAKER-EGOZI, ESQ. (SBN 266141)
dbaker@lebfirm.com
LIPSCOMB, EISENBERG & BAKER
2 S. Biscayne Blvd
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2236
Facsimile: (786) 431-2229
*Attorneys for Plaintiff Hawk Technology
Systems, LLC*

CHRISTOPHER W. ROWLETT, ESQ. (SBN 257357)
crowlett@honigman.com
ANDREW M. GROVE, ESQ.
agrove@honigman.com
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
39400 Woodward Avenue
Suite 101
Bloomfield Hills, Michigan 48304
Telephone: (248) 566-8432
Facsimile: (248) 566-8433
*Attorneys for Defendant Kimpton Hotel &
Restaurant Group, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, | CASE NO.:2:14-CV-08443 |
| Plaintiff, | ~~[PROPOSED]~~ ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| KIMPTON HOTEL & RESTAURANT GROUP, LLC, | |
| Defendant, Third-Party Plaintiff, | Assigned to: Hon. Christina A. Snyder |
| v. | |
| 3VR, Inc., | |
| Third-Party Defendant. | |

Pursuant to the parties' "Stipulation of Dismissal Without Prejudice and Notice of Dismissal without Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the all of Plaintiff's and all of Defendant's claims, counterclaims and

1

1    third party claims are hereby dismissed in their entirety without prejudice.  Each party

2    shall bear its own costs and attorney fees.

3         IT IS SO ORDERED.

4    Dated: July 30, 2015

5                                          The Hon. Christina A. Snyder
                                           Judge, United States District Court,
6                                          Central District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND NOTICE OF DISMISSAL WITHOUT PREJUDICE

**Error! Unknown document property name.**